**Electronically Filed
Supreme Court
SCPW-16-0000322
04-MAY-2016
08:51 AM**

SCPW-16-0000322

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SEONG HO JI and GX AUTO, INC., Petitioners,

vs.

THE HONORABLE HILARY BENSON GANGNES, Judge of the
District Court of the First Circuit, Honolulu Division,
State of Hawaiʻi, Respondent Judge

and

KAALAWAI HOLDINGS LLC dba UNITED TRUCK RENTAL
and SIONE VIMAHI aka SIONE VINMAHI, Respondents.

---

ORIGINAL PROCEEDING
(CIV. No. 1RC15-1-7933)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS AND/OR PROHIBITION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Seong Ho Ji and GX Auto, Inc.'s petition for writ of mandamus and/or prohibition, filed April 7, 2016, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioners fail to demonstrate that they have a clear and indisputable right to the requested relief or that they lack alternative means to seek relief. Petitioners, therefore, are not entitled to an

extraordinary writ.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Honolulu Advertiser, Inc. v. Takao, 59 Haw. 237, 241, 580 P.2d 58, 62 (1978) (a writ of mandamus and a writ of prohibition are extraordinary remedies meant to, among other things, restrain a judge of an inferior court from acting beyond or in excess of his or her jurisdiction; they are not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedure).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus and/or prohibition is denied.

DATED:  Honolulu, Hawaiʻi, May 4, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2